```
                        United States Bankruptcy Court
                             District of Colorado

In re:                                                   Case No. 14-10077-SBB
Anthony Romero                                           Chapter 7
Stephanie Romero
          Debtors
                             CERTIFICATE OF NOTICE
District/off: 1082-1          User: luevanob            Page 1 of 2         Date Rcvd: Jan 07, 2014
                              Form ID: 769              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2014.
db/db        +Anthony Romero,   Stephanie Romero,   4664 S. Crystal Way, #A,   Aurora, CO 80015-3933
pp           +K.E. Naulls, LLC,   292 S. Lincoln,   #1,   Denver, CO 80209-1692
15819180     +Agency of Credit Control,   RE: XX XXX SGAR,   2014 S. Pontiac Way,   Denver, CO 80224-2412
15819175     +Carepoint P.C,   RE: XX XXX 3274,   1501 S. Potomac,   Aurora, CO 80012-5411
15819173      Comcast,   RE: XX XXX 9861,   8000 W. Iliff Ave,   Denver, CO 80231
15819165     +First Eagle Funding,   RE: XX XXX 9600,   8690 Wolff Ct, 100,   Westminster, CO 80031-3691
15819172     +LabCorp,   RE: XX XXX 1244,   4500 E. 9th Ave, 430,   Denver, CO 80220-3931
15819166     +U.S. Dept of Education,   RE: XX XXX 8670,   P.O. Box 4222,   Iowa City, IA 52244
15819171     +Unipath,   RE: XX XXX 2036,   P.O. Box 1907,   Greenville, TX 75403-1907
15819169     +University of Colorado Medical Center,   RE: XX XXX 5090,   1665 Aurora Ct,
               Aurora, CO 80045-2517
15819170      Wakefield Associates,   RE: XX XXX 10F4,   3901 S Jamaica Ct,   Aurora, CO 80014
15819181     +Western Infectious Disease,   RE: XX XXX 7608,   3885 Upham St,   Wheat Ridge, CO 80033-4880
15819161     +Xcel Energy,   RE: XX XXX 1800,   414 Nicollett Mall,   Minneapolis, MN 55401-1927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QJAWEINMAN.COM Jan 08 2014 00:13:00     Jeffrey A. Weinman,   730 17th St.,   Ste. 240,
               Denver, CO 80202-3506
ust          +E-mail/Text: ustp.region19@usdoj.gov Jan 08 2014 00:07:42     US Trustee,   999 18th St.,
               Ste. 1551,   Denver, CO 80202-2415
15819180     +EDI: AGCYCREDCTRL.COM Jan 08 2014 00:13:00     Agency of Credit Control,   RE: XX XXX SGAR,
               2014 S. Pontiac Way,   Denver, CO 80224-2412
15819160     +EDI: CODEPREV.COM Jan 08 2014 00:13:00     Colorado Dept of Revenue,   RE: XX XXX 5080,
               1375 Sherman St,   Denver, CO 80261-3000
15819164     +EDI: CREDPROT.COM Jan 08 2014 00:13:00     Credit Protection Agency,   RE: XX XXX 1511,
               13355 Noel Rd, 2100,   Dallas, TX 75240-6837
15819163      EDI: DIRECTV.COM Jan 08 2014 00:13:00     Direct TV,   RE: XX XXX 3090,   P.O. Box 6550,
               Greenwood Village, CO 80111
15819177     +EDI: MID8.COM Jan 08 2014 00:13:00     Midland Funding,   RE: XX XXX 3736,   8875 Aero Drive, 200,
               San Diego , CA 92123-2255
15819162     +EDI: AISTMBL.COM Jan 08 2014 00:13:00     T-Mobile,   RE: XX XXX 2511,   12920 SE 38th St,
               Bellevue, WA 98006-1350
15819178     +EDI: WTRRNBANK.COM Jan 08 2014 00:13:00     Target Credit Card,   RE: XX XXX 4350,   P.O. Box 673,
               Minneapolis, MN 55440-0673
15819168     +E-mail/Text: psd@upicolo.org Jan 08 2014 00:08:28     University Physicians,   RE: XX XXX XSS2,
               13199 E. Montview,   Aurora, CO 80045-7202
15819167     +EDI: AFNIVZWIRE.COM Jan 08 2014 00:13:00     Verizon Wireless,   RE: XX XXX 3020,
               P.O. Box 26055,   Minneapolis , MN 55426-0055
15819179     +E-mail/Text: bankruptcyreports@wakeassoc.com Jan 08 2014 00:08:31     Wakefield Associates,
               RE: XX XXX 1758,   P.O. Box 58,   Ft Morgan, CO 80701-0058
15819176     +EDI: WFFC.COM Jan 08 2014 00:13:00     Wells Fargo,   RE: XX XXX 8553,   1740 Broadway,
               Denver, CO 80274-0001
15819161     +EDI: XCELENERGY.COM Jan 08 2014 00:13:00     Xcel Energy,   RE: XX XXX 1800,   414 Nicollett Mall,
               Minneapolis, MN 55401-1927
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15819174     ##+Aurora Internal Medicine,   RE: XX XXX 1255,   1550 S. Potomac,   Aurora, CO 80012-5457
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2014                                    Signature:   /s/Joseph Speetjens

```
District/off: 1082-1          User: luevanob              Page 2 of 2                  Date Rcvd: Jan 07, 2014
                              Form ID: 769                Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2014 at the address(es) listed below:
              Jeffrey A. Weinman    jweinman@epitrustee.com,  jweinman@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                        TOTAL: 2
```

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (05/13)   Case Number **14−10077−SBB**

# UNITED STATES BANKRUPTCY COURT
District of Colorado

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/6/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side for Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Anthony Romero<br>4664 S. Crystal Way, #A<br>Aurora, CO 80015 | Stephanie Romero<br>aka Stephanie Sanchez<br>4664 S. Crystal Way, #A<br>Aurora, CO 80015 |
| Case Number:<br>14−10077−SBB | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−0590<br>xxx−xx−4424 |
| Attorney for Debtor(s) (name and address):<br>Anthony Romero<br>4664 S. Crystal Way, #A<br>Aurora, CO 80015<br>Telephone number:  303−646−7651 | Bankruptcy Trustee (name and address):<br>Jeffrey A. Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202<br>Telephone number:  ( ) 303−572−1010 |

**Meeting of Creditors**
Date: **January 31, 2014**   Time: **08:30 AM**
Location: **U.S. Trustee 341 Meeting Room, 1999 Broadway, 8th Floor, Suite 830, Room A, Denver, CO 80202**

**Presumption of Abuse under 11 U.S.C. § 707(b)**
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

**Deadlines:**
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 4/1/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditors May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

**Deadline to Provide Documents and Notice of Possible Dismissal:**
Pursuant to 11 U.S.C. §521(e)(2), Federal Bankruptcy Rule 4002 and L.B.R. 1017−2, no later than *seven* court days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least *fourteen* days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. L.B.R. 1017−2.

Pursuant to Federal Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3)

documentation of monthly expenses claimed by a debtor as required under 11 U.S.C. §707(b)(2)(A) or (B).

**Pursuant to Local Bankruptcy Rule 1017–3(a), you are hereby notified that if this case was filed as deficient, it is subject to the United States Trustee's Standing Motion to Dismiss and/or the dismissal provisions of 11 U.S.C. § 521(i).**

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:  720–904–7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Kelly J. Sweeney (Acting Clerk) |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  1/7/14 |

## EXPLANATIONS

FORM B9A_7cna (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within seven days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 14 days of the meeting. |

—— Refer to Other Side for Important Deadlines and Notices ——