```
                           United States Bankruptcy Court
                               District of Colorado
In re:                                                      Case No. 14-10077-SBB
Anthony Romero                                              Chapter 7
Stephanie Romero
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1         User: luevanob              Page 1 of 1              Date Rcvd: Jan 07, 2014
                             Form ID: pdf904             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2014.
db/db        +Anthony Romero,   Stephanie Romero,   4664 S. Crystal Way, #A,   Aurora, CO 80015-3933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2014 at the address(es) listed below:
              Jeffrey A. Weinman    jweinman@epitrustee.com,   jweinman@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

**United States Bankruptcy Court**
**District of Colorado**

In re: )
)
Anthony Romero and Stephanie Romero )
)Bankruptcy Case No. 14-10077 SBB
)
)
)
Debtor(s). )

### ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
### AND NOTICE OF DISMISSAL IN THE EVENT OF DEFAULT

Debtor's Application to Pay Filing Fee in Installments is granted, and

**IT IS ORDERED** that the debtor* pay the filing fee prescribed by Title 28 U.S.C. § 1930(a) in installments on the following terms:

1) $ 77.00   Check one: ☐ With the filing of the petition, or
   ☒ on or before January 31, 2014.

2) $ 77.00   on or before February 28, 2014

3) $ 77.00   on or before March 31, 2014

4) $ 75.00   on or before April 30, 2014.

**IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN** pursuant to Title 11 U.S.C. § 707(a)(2), that in the event of default of any provision of this order, and after an additional notice to the debtor, this case shall be dismissed without further notice for nonpayment of the statutory filing fees and for failure of the debtor to appear before the Court in proper prosecution of the case.

**IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN** that in the event this case should be dismissed for the debtor's failure to pay the statutory filing fees and failure to appear before the Court in proper prosecution of the case, the debtor shall be barred from payment of filing fees in installments in any subsequently filed case pursuant to G.P.O. 2009-3-SO-13, and may be further barred from filing a petition in this Court for 180 days pursuant to Title 11 U.S.C. § 109(g).

Dated: January 7, 2014

FOR THE COURT:

Kelly J. Sweeney, Acting Clerk

By: B. Luevano

NO PERSONAL CHECKS OR NON-ATTORNEY CREDIT CARDS WILL BE ACCEPTED
Pay in Person or Mail Payment to:   Clerk, U.S. Bankruptcy Court
721 19th Street, Denver CO 80202

*All court fee payments should be made by the debtor's attorney, unless the debtor is not represented by an attorney. GPO 2012-4.