FILED

2014 MAR 13 PM 1:08

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Certificate Number: 14912-CO-DE-022952177

Bankruptcy Case Number: 14-10077 SBB

14912-CO-DE-022952177

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2014, at 3:03 o'clock PM EDT, Anthony Romero completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: March 11, 2014          By:    /s/Jai Bhatt

                              Name:  Jai Bhatt

                              Title:  Counselor

FILED
KENNETH S. GARDNER

2014 MAR 13 PM 1:08

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Certificate Number: 14912-CO-DE-022952178

Bankruptcy Case Number: 14-10077 SBB



14912-CO-DE-022952178

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2014</u>, at <u>3:03</u> o'clock <u>PM EDT</u>, <u>Stephanie Romero</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date:   <u>March 11, 2014</u>          By:   <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:   <u>Counselor</u>