United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 14-10077-SBB
Anthony Romero                                                            Chapter 7
Stephanie Romero
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 1082-1          User: admin              Page 1 of 2           Date Rcvd: Apr 29, 2014
                              Form ID: 177             Total Noticed: 24

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2014.
db/db         +Anthony Romero,    Stephanie Romero,    4664 S. Crystal Way, #A,    Aurora, CO 80015-3933
pp            +K.E. Naulls, LLC,    292 S. Lincoln,    #1,   Denver, CO 80209-1692
15819175      +Carepoint P.C,    RE: XX XXX 3274,    1501 S. Potomac,    Aurora, CO 80012-5411
15819173       Comcast,    RE: XX XXX 9861,    8000 W. Iliff Ave,    Denver, CO 80231
15819165      +First Eagle Funding,    RE: XX XXX 9600,    8690 Wolff Ct, 100,    Westminster, CO 80031-3691
15819172      +LabCorp,    RE: XX XXX 1244,    4500 E. 9th Ave, 430,    Denver, CO 80220-3931
15819166       U.S. Dept of Education,    RE: XX XXX 8670,    P.O. Box 4222,    Iowa City, IA 52244
15819171      +Unipath,    RE: XX XXX 2036,    P.O. Box 1907,    Greenville, TX 75403-1907
15819169      +University of Colorado Medical Center,    RE: XX XXX 5090,    1665 Aurora Ct,
               Aurora, CO 80045-2517
15819170       Wakefield Associates,    RE: XX XXX 10F4,    3901 S Jamaica Ct,    Aurora, CO 80014
15819181      +Western Infectious Disease,    RE: XX XXX 7608,    3885 Upham St,    Wheat Ridge, CO 80033-4880
15819161      +Xcel Energy,    RE: XX XXX 1800,    414 Nicollett Mall,    Minneapolis, MN 55401-1927
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QJAWEINMAN.COM Apr 29 2014 23:58:00      Jeffrey A. Weinman,    730 17th St.,    Ste. 240,
               Denver, CO 80202-3506
15819180      +E-mail/Text: admin@getitpaid.com Apr 30 2014 00:11:06      Agency of Credit Control,
               RE: XX XXX SGAR,    2014 S. Pontiac Way,    Denver, CO 80224-2412
15819160      +EDI: CODEPREV.COM Apr 29 2014 23:58:00      Colorado Dept of Revenue,    RE: XX XXX 5080,
               1375 Sherman St,    Denver, CO 80261-3000
15819164      +EDI: CREDPROT.COM Apr 29 2014 23:58:00      Credit Protection Agency,    RE: XX XXX 1511,
               13355 Noel Rd, 2100,    Dallas, TX 75240-6837
15819163       EDI: DIRECTV.COM Apr 30 2014 00:03:00      Direct TV,    RE: XX XXX 3090,    P.O. Box 6550,
               Greenwood Village, CO 80111
15819177      +EDI: MID8.COM Apr 29 2014 23:58:00      Midland Funding,    RE: XX XXX 3736,    8875 Aero Drive, 200,
               San Diego , CA 92123-2255
15819162      +EDI: AISTMBL.COM Apr 30 2014 00:03:00      T-Mobile,    RE: XX XXX 2511,    12920 SE 38th St,
               Bellevue, WA 98006-1350
15819178      +EDI: WTRRNBANK.COM Apr 29 2014 23:58:00      Target Credit Card,    RE: XX XXX 4350,    P.O. Box 673,
               Minneapolis, MN 55440-0673
15819168      +E-mail/Text: psd@upicolo.org Apr 30 2014 00:11:45      University Physicians,    RE: XX XXX XSS2,
               13199 E. Montview,    Aurora, CO 80045-7202
15819167      +EDI: AFNIVZWIRE.COM Apr 29 2014 23:58:00      Verizon Wireless,    RE: XX XXX 3020,
               P.O. Box 26055,    Minneapolis , MN 55426-0055
15819179      +E-mail/Text: bankruptcyreports@wakeassoc.com Apr 30 2014 00:11:51      Wakefield Associates,
               RE: XX XXX 1758,    P.O. Box 58,    Ft Morgan, CO 80701-0058
15819176      +EDI: WFFC.COM Apr 29 2014 23:58:00      Wells Fargo,    RE: XX XXX 8553,    1740 Broadway,
               Denver, CO 80274-0001
15819161      +EDI: XCELENERGY.COM Apr 29 2014 23:58:00      Xcel Energy,    RE: XX XXX 1800,    414 Nicollett Mall,
               Minneapolis, MN 55401-1927
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15819174     ##+Aurora Internal Medicine,    RE: XX XXX 1255,    1550 S. Potomac,    Aurora, CO 80012-5457
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2014                                        Signature:  /s/Joseph Speetjens

```
District/off: 1082-1          User: admin                Page 2 of 2              Date Rcvd: Apr 29, 2014
                              Form ID: 177               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2014 at the address(es) listed below:
              Jeffrey A. Weinman    jweinman@epitrustee.com,   jweinman@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                      TOTAL: 2
```

Form B18_7 (Official Form 18 / COB Form 177)(12/07)

# United States Bankruptcy Court

District of Colorado
Case No. <u>14–10077–SBB</u>
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony Romero
aka(s), if any will be listed on the last page.
4664 S. Crystal Way, #A
Aurora, CO 80015

Stephanie Romero
aka(s), if any will be listed on the last page.
4664 S. Crystal Way, #A
Aurora, CO 80015

Social Security No.:
xxx–xx–0590                                                                xxx–xx–4424

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>4/29/14</u>                                             <u>s/ Sidney B. Brooks</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Aliases Page

**<u>Debtor aka(s):</u>**
No Aliases for Debtor

**<u>Joint Debtor aka(s):</u>**
aka Stephanie Sanchez